IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>**LARADY LIZ RAMOS ORTIZ**<br><br>Debtors. | Case No.: 15-02053(BKT)<br><br>Chapter 13 |

**MOTION SUBMITTING POST-CONFIRMATION PLAN MODIFICATION DATED
NOVEMBER 17, 2015 PURSUANT TO 11 U.S.C. § 1329**

**TO THE HONORABLE COURT:**

**NOW COMES,** Debtor, Larady Liz Ramos Ortiz, through the undersigned attorney, and very respectfully states and prays:

1. On April 23, 2015 Debtor filed an Amended Plan dated the same day. See Docket No. 12. On June 18, 2015, this Honorable Court confirmed the Amended Plan. See Docket No. 20.

2. On September 11, 2015 the Puerto Rico Treasury Department filed a Proof of Claim as to Debtor's Income Taxes for the 2014 fiscal year. See Claims Register No. 10-1.

3. On October 16, 2015, the Trustee filed a Motion to Modify or Dismiss, requesting Debtor to modify the plan, in order to comply with the sufficiency requirements set forth in 11 U.S.C. § 1325. See Docket No. 25.

4. Debtor respectfully submits, as an attachment, Post-Confirmation Modified Plan dated November 17, 2015, in order to provide stepped-up payments after months thirteen (13), thirty-seven (37) and forty-nine (49). The stepped-up payments will increase the

plan base, thus covering Puerto Rico Treasury Department's claim, and consequently complying with Trustee's Motion.

**WHEREFORE,** Debtor very respectfully prays from this Honorable Court to take notice of the aforementioned Post-Confirmation Modified Plan dated November 17, 2015 and approve the same, absent any properly grounded, timely objection.

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Pursuant to Rule 2002(a)(5), within **twenty-one (21) days** after service as evidenced by the certification, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the U.S. Trustee, Chapter 13 Trustee **Alejandro Oliveras Rivera**, and all CM/ECF participants, and also mailed the same to any creditors in the attached list that are not CM/ECF participants.

In San Juan, Puerto Rico, this 17th day of November, 2015.

**/s/ Carlos C. Alsina Batista**
Carlos C. Alsina Batista
USDC-PR NO. 222801
**CARLOS ALSINA BATISTA LAW OFFICES, PSC**
638 Aldebaran St.
Banco de Desarrollo Económico Bldng.
Second Floor, Suite HQ-7
San Juan, Puerto Rico 00920
Tel. (787)781-1882/Fax. (787)793-6733
Email: calsina@prquiebra.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:

RAMOS ORTIZ, LARADY LIZ

Debtor(s)

Case No. **15-02053**

Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **11/17/2015**
☐ PRE ☑ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 250.00 x | 12 = $ | 3,000.00 |
| $ | 295.00 x | 24 = $ | 7,080.00 |
| $ | 325.00 x | 12 = $ | 3,900.00 |
| $ | 350.00 x | 12 = $ | 4,200.00 |
| $ | ___ x | ___ = $ | ___ |

TOTAL: $ **18,180.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ **18,180.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

Signed: /s/ **LARADY LIZ RAMOS ORTIZ**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **RELIABLE FINANCIA** Cr. _____ Cr. _____
# **62179084000** # _____ # _____
$ **9,488.55** $ _____ $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**See Continuation Sheet**

Attorney for Debtor **Carlos Alsina Batista Law Offices, P.S.C** Phone: **(787) 781-1882**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE RAMOS ORTIZ, LARADY LIZ _____ Case No. 15-02053

Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

ATTORNEY'S FEES TO BE PAID CONCURRENTLY WITH SECURED CREDITOR RELIABLE'S DISBURSEMENTS.

STEPPED UP PAYMENTS TO BE FUNDED WITH EXPECTED WORK PAY RAISE.

ALL FUTURE TAX REFUNDS, IF ANY, WILL FUND THE PLAN, ABSENT AN ORDER ALLOWING DEBTOR TO USE ANY TAX REFUNDS PORTION, AFTER DUE NOTICE TO THE TRUSTEE AND CREDITORS; ANY TAX REFUND PORTION PAID INTO THE PLAN WILL AUTOMATICALLY AMEND THE PLAN BASE WITHOUT NEED FOR FURTHER ORDER;

THE TRUSTEE WILL PAY RELIABLE FINANCIAL SERVICES, INC. PRE-CONFIRMATION, ADEQUATE PROTECTION MONTHLY INSTALLMENTS OF $160.00; ADEQUATE PROTECTION INSURANCE IN FAVOR OF RELIABLE FINANCIAL SERVICES INC. WILL BE PROVIDED BY EASTERN INSURANCE COMPANY AND WILL BE PAID THROUGH THE PLAN.

```
Label Matrix for local noticing          RELIABLE FINANCIAL SERVICES           US Bankruptcy Court District of P.R.
0104-3                                   PO BOX 21382                          Jose V Toledo Fed Bldg & US Courthouse
Case 15-02053-BKT13                      SAN JUAN, PR 00928-1382               300 Recinto Sur Street, Room 109
District of Puerto Rico                                                        San Juan, PR 00901-1964
Old San Juan
Thu Apr 16 19:16:29 AST 2015

BANCO POPULAR                            BANCO POPULAR DE PR                   BANCO POPULAR DE PR
BANKRUPTCY DEPARTMENT                    GPO BOX 2708                          GPO BOX 3228
PO BOX 362708                            SAN JUAN, PR  00936-2708              San Juan, PR  00936-3228
SAN JUAN, PR  00936-2708


BANCO POPULAR DE PUERTO RICO             BANCO SANTANDER DE PR                 CLARO
BANKRUPTCY DEPARTMENT                    PO BOX 362589                         PO BOX 360998
PO BOX 366818                            SAN JUAN, PR  00936-2589              SAN JUAN, PR  00936-0998
SAN JUAN PR 00936-6818


COMENITY BANK                            COMENITY BANK/PAC SUN                 COMENITY CAPITAL/DAVIDS BRIDAL
BANKRUPTCY NOTICE                        995 W 122ND AVE                       PO BOX 182120
PO BOX 182273                            WESTMINSTER, CO 80234-3417            COLUMBUS, OH  43218-2120
COLUMBUS, OH  43218-2273


CRIM                                     DEPT OF EDU/NAVIENT                   DEPT OF EDUCATION/NAVIENT
PO BOX 195387                            PO BOX 9635                           PO BOX 9635
SAN JUAN, PR 00919-5387                  WILKES BARRE, PA  18773-9635          WILKES BARRE, PA  18773-9635


HOSPITAL UNIVERSITARIO                   ISLAND FINANCE                        JC PENNEY
AREA DE COBROS                           A DIVISION OF SANTANDER               PO BOX 364788
PO BOX 2129                              PO BOX 71504                          SAN JUAN, PR  00936-4788
SAN JUAN, PR  00922-2129                 SAN JUAN, PR 00936-8604


NAVIENT                                  Navient Solutions, Inc. on behalf of USAF   SANTANDER FINANCIAL D/B/A ISLAND FINANCE
BANKRUPTCY NOTICING                      Attn: Bankruptcy Litigation Unit E3149      PO BOX 195369
PO BOX 9500                              P.O. Box 9430                               SAN JUAN PR 00919-5369
WILKES BARRE, PA 18773-9500              Wilkes-Barre, PA 18773-9430


SYNCB/JC PENNEY                          SYNCHRONY BANK                        TREASURY SECRETARY
PO BOX 965007                            PO BOX 960061                         DEPARTAMENTO DE HACIENDA
ORLANDO, FL  32896-5007                  ORLANDO, FL  32896-0061               P.O. BOX 9024140
                                                                               SAN JUAN, PR  00902-4140


ALEJANDRO OLIVERAS RIVERA                CARLOS C ALSINA BATISTA               LARADY LIZ RAMOS ORTIZ
ALEJANDRO OLIVERAS CHAPTER 13 TRUS       CARLOS ALSINA BATISTA LAW OFFICES PSC  PO BOX 1193
PO BOX 9024062                           638 ALDEBARAN ST                      AGUAS BUENAS, PR 00703-1193
SAN JUAN, PR 00902-4062                  BANCO DE DESARROLLO ECONOMICO BLDNG
                                         SECOND FLOOR SUITE HQ 7
                                         SAN JUAN, PR 00920


MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

(d)RELIABLE FINANCIAL SERVICES, INC.
P.O. BOX 21382
SAN JUAN, PR  00928-1382

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)NAVIENT
BANKRUPTCY NOTICING
PO BOX 9500
Wilkes Barre, PA  18773-9500

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28