**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN THE MATTER OF:<br><br>**LARADY LIZ RAMOS ORTIZ,**<br><br>Debtor. | CASE NO. **15-02053(BKT)**<br><br>CHAPTER 13 |

## MOTION FOR LEAVE TO WITHDRAW FROM LEGAL REPRESENTATION

**TO THE HONORABLE COURT:**

**NOW COMES,** the undersigned attorney and very respectfully states and prays as follows:

1. The undersigned attorney has represented Debtor in this case since its filing on March 20, 2015.

2. The plan was confirmed by the Court on June 18, 2015 (Dkt. 20) and there is a pending request to dismiss the case filed by the Chapter 13 Trustee (Dkt. 46).

3. Although the plan was modified on November 17, 2015 (Dkt. 26), a modification approved by the Court (Dkt. 29), no fees were collected for such post-confirmation attorney work. The undersigned attorney has not collected any fees from Debtor after plan confirmation and payment of the "No-Look fee" approved by this Honorable Court when the plan was confirmed on June 18, 2015. There is no pending application for compensation.

4. Debtor has informed the undersigned that she wishes to retain new counsel to continue these proceedings and has asked the undersigned attorney to withdraw from the legal representation.

5. Debtor is making the necessary arrangements to appear through new counsel and timely address the issues raised by the Trustee's motion to dismiss by the due deadline of July 1, 2019.

6. The undersigned attorney has transmitted the case file to Debtor.

7. Thus, in light of the aforementioned, Attorney Carlos C. Alsina-Batista respectfully requests this Honorable Court to grant the present request to authorize withdrawal from Debtor's legal representation.

**WHEREFORE,** the undersigned attorney very respectfully prays from this Honorable Court to take notice of the aforementioned and grant Attorney Carlos C. Alsina-Batista leave to withdraw from Debtor's legal representation.

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Within **fourteen (14) days** after service as evidenced by the certification, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this

filing to the U.S. Trustee, **Chapter 13 Trustee Alejandro Oliveras Rivera**, and all CM/ECF participants, and also mailed the same to any creditors in the attached list that are not CM/ECF participants.

In Corona, California, this 11th day of June, 2019.

**/s/ Carlos C. Alsina-Batista**
Carlos C. Alsina Batista
USDC-PR No. 222801
4740 Green River Rd., Suite 310
Corona, CA 92324
Tel. 787-615-8733
Email: calsina@prquiebra.com

```
Label Matrix for local noticing      RELIABLE FINANCIAL SERVICES        US Bankruptcy Court District of P.R.
0104-3                                PO BOX 21382                       Jose V Toledo Fed Bldg & US Courthouse
Case 15-02053-BKT13                   SAN JUAN, PR 00928-1382            300 Recinto Sur Street, Room 109
District of Puerto Rico                                                  San Juan, PR 00901-1964
Old San Juan
Thu Apr 16 19:16:29 AST 2015

BANCO POPULAR                         BANCO POPULAR DE PR                BANCO POPULAR DE PR
BANKRUPTCY DEPARTMENT                 GPO BOX 2708                       GPO BOX 3228
PO BOX 362708                         SAN JUAN, PR  00936-2708           San Juan, PR  00936-3228
SAN JUAN, PR  00936-2708


BANCO POPULAR DE PUERTO RICO          BANCO SANTANDER DE PR              CLARO
BANKRUPTCY DEPARTMENT                 PO BOX 362589                      PO BOX 360998
PO BOX 366818                         SAN JUAN, PR  00936-2589           SAN JUAN, PR  00936-0998
SAN JUAN PR 00936-6818


COMENITY BANK                         COMENITY BANK/PAC SUN              COMENITY CAPITAL/DAVIDS BRIDAL
BANKRUPTCY NOTICE                     995 W 122ND AVE                    PO BOX 182120
PO BOX 182273                         WESTMINSTER, CO 80234-3417         COLUMBUS, OH  43218-2120
COLUMBUS, OH  43218-2273


CRIM                                  DEPT OF EDU/NAVIENT                DEPT OF EDUCATION/NAVIENT
PO BOX 195387                         PO BOX 9635                        PO BOX 9635
SAN JUAN, PR 00919-5387               WILKES BARRE, PA  18773-9635       WILKES BARRE, PA  18773-9635


HOSPITAL UNIVERSITARIO                ISLAND FINANCE                     JC PENNEY
AREA DE COBROS                        A DIVISION OF SANTANDER            PO BOX 364788
PO BOX 2129                           PO BOX 71504                       SAN JUAN, PR  00936-4788
SAN JUAN, PR  00922-2129              SAN JUAN, PR 00936-8604


NAVIENT                               Navient Solutions, Inc. on behalf of USAF   SANTANDER FINANCIAL D/B/A ISLAND FINANCE
BANKRUPTCY NOTICING                   Attn: Bankruptcy Litigation Unit E3149      PO BOX 195369
PO BOX 9500                           P.O. Box 9430                               SAN JUAN PR 00919-5369
WILKES BARRE, PA 18773-9500           Wilkes-Barre, PA 18773-9430


SYNCB/JC PENNEY                       SYNCHRONY BANK                     TREASURY SECRETARY
PO BOX 965007                         PO BOX 960061                      DEPARTAMENTO DE HACIENDA
ORLANDO, FL  32896-5007               ORLANDO, FL  32896-0061            P.O. BOX 9024140
                                                                         SAN JUAN, PR  00902-4140


ALEJANDRO OLIVERAS RIVERA             CARLOS C ALSINA BATISTA            LARADY LIZ RAMOS ORTIZ
ALEJANDRO OLIVERAS CHAPTER 13 TRUS    CARLOS ALSINA BATISTA LAW OFFICES PSC   PO BOX 1193
PO BOX 9024062                        638 ALDEBARAN ST                   AGUAS BUENAS, PR 00703-1193
SAN JUAN, PR 00902-4062               BANCO DE DESARROLLO ECONOMICO BLDNG
                                      SECOND FLOOR SUITE HQ 7
                                      SAN JUAN, PR 00920


MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

(d)RELIABLE FINANCIAL SERVICES, INC.
P.O. BOX 21382
SAN JUAN, PR 00928-1382

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)NAVIENT
BANKRUPTCY NOTICING
PO BOX 9500
Wilkes Barre, PA 18773-9500

End of Label Matrix
Mailable recipients  27
Bypassed recipients   1
Total                28